■ In the Matter of RAYMOND MIRRER, a Disbarred Attorney. [691 NYS2d 761] —Motion for reinstatement deemed a motion for

reconsideration, and upon reconsideration, the motion denied. No opinion. Concur—Sullivan, J. P., Nardelli, Williams, Wallach and Saxe, JJ.